UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OLLIE PHILIP,

           Plaintiff,

v.                                **Civil Action No.  20-CV-744**

GLASS MOUNTAIN CAPITAL, LLC.,

           Defendant.

---

## **NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ollie Philip, hereby voluntarily dismisses this action against Defendant Glass Mountain Capital, LLC, with prejudice.

DATED: 9/15/2020

*/s/ Seth J. Andrews*
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884